UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAXINE R. RIVENES<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C05-5749-RBL<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will evaluate the severity of Plaintiff's depression, panic disorder, and obesity. The ALJ will also further evaluate the opinion of Zoran Brkanac, M.D. The ALJ will reassess Plaintiff's residual functional capacity and, as necessary, obtain supplemental evidence from a vocational expert.

Page 1     ORDER- [C05-5749-RBL]

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 23rd day of June, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
U.S. Magistrate Judge

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:    206-615-2531
carol.a.hoch@ssa.gov

Page 2     ORDER- [C05-5749-RBL]